UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 1:19-10774-WGY

HOSKEY et al
Plaintiff

v.

DEPUY SYNTHES PRODUCTS, INC. et al
Defendant

ORDER OF REMAND

YOUNG, D.J.

In accordance with the Court's Order dated 5/23/2019, the above-entitled action is hereby remanded to Bristol County Superior Court.

By the Court,

 /s/ Jennifer Gaudet
Deputy Clerk

June 4, 2019